■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN SMITH, Appellant.—Appeal by defendant, as limited by his motion, from sentences of the County Court, Nassau County, imposed August 4, 1976, upon his convictions of driving while intoxicated, as a felony, and criminal possession of a forged instrument (three counts), upon his pleas of guilty, the sentences being concurrent terms of imprisonment with a minimum of 1½ years and a maximum of 3 years, upon a determination that he was a second-felony offender. Sentences imposed upon the convictions of criminal possession of a forged instrument affirmed. No opinion. Sentence imposed upon the conviction of driving while intoxicated, as a felony, reversed, on the law, and action remanded to the County Court for resentencing as to the said conviction. Defendant could not be sentenced as a second-felony offender upon his conviction of driving while intoxicated, which is a crime under the Vehicle and Traffic Law and not the Penal Law (see *People v Tyler,* 46 AD2d 997; *People v Speranza,* 80 Misc 2d 798). Margett, J. P., Damiani, Rabin and O'Connor, JJ., concur.

**33** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYMOND STEPHENSON, Appellant.—Judgment of the County Court, Nassau County, rendered January 12, 1977, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Martuscello, Margett and O'Connor, JJ., concur.